CAUSE NO. D-1-GN-25-002049

| | | |
|---|---|---|
| IN RE HAYS COUNTY, TEXAS | § | DISTRICT COURT FOR THE |
| *Plaintiff* | § | |
| | § | 126TH JUDICIAL DISTRICT |
| | § | |
| | § | TRAVIS COUNTY, TEXAS |

CONSOLIDATED WITH
CAUSE NO. 24-2885 (HAYS COUNTY)

| | | |
|---|---|---|
| LESLIE CARNES, JIM CAMP, | § | IN THE DISTRICT COURT |
| CATHY RAMSEY, and | § | |
| GABRIELLE MOORE | § | |
| | § | |
| *Intervenor Counter-Plaintiffs* | § | |
| | § | |
| V | § | OF HAYS COUNTY, TEXAS |
| | § | |
| COUNTY OF HAYS, RUBEN | § | |
| BECERRA, DEBBIE INGALSBE, | § | |
| MICHELLE COHEN, LON SHELL, | § | |
| And WALT SMITH, in their official | § | |
| capacities, | § | |
| *Counter-Defendants* | § | 207TH JUDICIAL DISTRICT |

## ORDER ON COUNTER-PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

On this day, came to be heard the Motion for Summary Judgment filed by Counter-Plaintiffs Leslie Carnes, Jim Camp, Cathy Ramsey, and Gabrielle Moore (collectively "Counter-Plaintiffs"). Accordingly, after careful consideration of the Motion, Hays County Counter-Defendants' Response, Counter-Plaintiffs' Reply, the summary judgment evidence, the pleadings of record, being apprised of the applicable law, and the argument of counsel, the Court finds that Counter-Plaintiffs' Motion for Summary Judgment should be, and is hereby:

**GRANTED**.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that:

1.  The Court finds that the meeting notice for agenda item K.2 of the Hays County Commissioners Court meeting of August 13, 2024 violates the Texas Open Meetings Act public notice requirement in Tex. Gov't Code § 551.041;

2.  THEREFORE, pursuant to Tex. Gov't Code §§ 551.141 and 551.142, the Court reverses and declares void the action taken by Counter-Defendant Hays County Commissioners Court agenda item K.2 of the Hays County Commissioners Court meeting of August 13, 2024, to wit, ordering the road-bond election on November 5, 2024;

3.  FURTHERMORE, because the Hays County special election for Proposition A road bonds on November 5, 2024 was never lawfully ordered by the Hays County Commissioners Court, the Court declares the election void pursuant to Tex. Elec. Code § 233.012 and GRANTS Counter-Plaintiffs' election contest, and

4.  The COURT hereby ENJOINS the Hays County Commissioners Court from taking any action dependent on voter approval of the November 5, 2024 Proposition A.

SIGNED on this 23rd day of _____, 2025.

Catherine A. Mauzy
JUDGE PRESIDING